## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:<br>Michele J. Bergman<br>Leonard S. Bergman<br>               Debtors | Case No.:20-12276-MDC<br>Chapter 13 |
| The Bank of New York Mellon FKA The bank of New York, as Trustee for the Certificate holders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11<br>               Movant<br><br>V<br><br>Michele J. Bergman<br>Leonard S. Berman<br>               Respondent | Hearing Date: 7/16/2020 |

## CERTIFICATE OF SERVICE

I, Robert N. Kim, Esquire, attorney for debtor, Michele Bergman and Leonard Bergman, certify that on June 18, 2020, I served, by first class mail, postage prepaid, or electronically a true and correct copy of the Debtor's Response Trustee's Motion to Dismiss to:

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Office of U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

DEBTORS
Michele Bergman
Leonard Bergman
852 Jason Drive
Bensalem, PA 19020

CREDITORS
Rebecca A. Solarz, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106