## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michele J. Bergman<br>        Leonard S. Bergman<br><br>                        Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11, its successors and/or assigns<br>                        Movant<br><br>        vs. | NO. 20-12276 MDC |
| Michele J. Bergman<br>Leonard S. Bergman<br><br>                        Debtor(s)<br><br>William C. Miller Esq.<br><br>                        Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11, which was filed with the Court on or about **May 27, 2020, docket number 18**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322
    Attorney for Movant/Applicant

June 19, 2020