UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-12276-MDC

Leonard S. Bergman and Michele J. Bergman  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), ACAR Leasing LTD dba GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

ACAR Leasing LTD dba GM Financial Leasing
PO Box 183853
Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 20-12276-MDC

Leonard S. Bergman and Michele J. Bergman                                                   Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 22, 2020 :

| | |
|---|---|
| ROBERT NAM SU KIM | William Miller |
| Legal Aid of Southeastern PA | 583 Bourse Building |
| 1290 Veterans Highway | 111 So. Independence |
| Box 809 | Philadelphia, PA 19106 |
| Bristol, PA 19007 | |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx68050 / 1021797