# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-12276-MDC

LEONARD S. BERGMAN
MICHELE J. BERGMAN
852 JASON DRIVE

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  LEONARD S. BERGMAN
  MICHELE J. BERGMAN
  852 JASON DRIVE

  BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

  ROBERT NAM SU KIM, ESQ.
  1290 VETERANS HWY, BOX 809

  BRISTOL, PA 19007-

Date: 9/1/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee