UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:<br>Leonard S. Bergman<br>Michele J. Bergman<br>　　　　Debtors | Case No.:20-12276-MDC<br>Chapter 13 |
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>　　　　Movant | Hearing Date:10/1/2020<br>Hearing Time: 09:30 A.M. |

**DEBTOR'S RESPONSE TO MOTION TO DISMISS OF WILLIAM C. MILLER, ESQ., CHAPTER 13 TRUSTEE**

To the Honorable Judge of the United States Bankruptcy Court for the Eastern of Pennsylvania:

The Debtor in this matter, Leonard S. Bergman and Michele J. Bergman, by counsel, responds to the Trustee's Motion to Dismiss as follows:

1. Debtor objects to the secured claims filed in this case. Debtors are attempting to amicably resolve the disputed arrears amount with the creditors.

2. Creditors are not prejudiced in that the Debtor continues to pay ongoing debt as they become due. Debtors are working to settle the disputed claims with creditors prior to the confirmation of the plan.

3. Debtors will amend plan if necessary.

WHEREFORE, Debtor prays that the Trustee's motion be dismissed.

Date:　9/12/2020　　　　　　　　　　　　/s/ Robert N. Kim
　　　　　　　　　　　　　　　　　　　　Robert N. Kim, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney ID #323856
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　　Legal Aid of Southeastern PA
　　　　　　　　　　　　　　　　　　　　1290 Veterans Hwy., Box 809
　　　　　　　　　　　　　　　　　　　　Bristol, PA 19007
　　　　　　　　　　　　　　　　　　　　(215) 781-1111 / (215) 781-1116 fax
　　　　　　　　　　　　　　　　　　　　rkim@lasp.org