**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>Leonard S. Bergman<br>Michele J. Bergman<br>　　　　　Debtors | Case No.:20-12276-MDC<br>Chapter 13 |
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>　　　　　Movant | Hearing Date:10/1/2020<br>Hearing Time: 09:30 A.M. |

**CERTIFICATE OF SERVICE**

I, Robert N. Kim, Esquire, attorney for debtors, Leonard S. Bergman and Michele J. Bergman, certify that on September 12, 2020, I served by electronic submission a true and correct copy of the Debtor's Response to Trustee's Motion to Dismiss to:

Chapter 13 Trustee:

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Debtors:
Leonard S. Bergman
Michele J. Bergman
852 Jason Drive
Bensalem, PA 19020

U.S. Trustee:

Office of U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19107

Date:　9/12/2020　　　　　　　　　　　　/s/ Robert N. Kim　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Robert N. Kim, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney ID #323856
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor