*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leonard S. Bergman and
Michele J. Bergman
    Debtor(s)

Case No: 20–12276–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*rescheduled \*\*
Motion for Relief from Stay RE: 2017 Chevrolet Trax. Filed by ACAR Leasing Ltd. d/b/a GM Financial Leasing Represented by WILLIAM EDWARD CRAIG

on: 9/29/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/21/20

Timothy B. McGrath
Clerk of Court

38 – 31
Form 167