United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leonard S. Bergman  
Michele J. Bergman  
    Debtors

Case No. 20-12276-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Eileen     Page 1 of 1     Date Rcvd: Sep 21, 2020  
                     Form ID: 167     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
```
db/jdb        +Leonard S. Bergman,    Michele J. Bergman,    852 Jason Drive,    Bensalem, PA 19020-4074
cr            +ACAR Leasing Ltd. d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX  76096,
               US 76096-3853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage
               Pass-Through Certificates, Series 2006-OA11 bkgroup@kmllawgroup.com
              ROBERT NAM SU KIM    on behalf of Joint Debtor Michele J. Bergman rkim@lasp.org
              ROBERT NAM SU KIM    on behalf of Debtor Leonard S. Bergman rkim@lasp.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing Ltd. d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leonard S. Bergman and
Michele J. Bergman
    Debtor(s)

Case No: 20−12276−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled \*\*
Motion for Relief from Stay RE: 2017 Chevrolet Trax. Filed by ACAR Leasing Ltd. d/b/a GM Financial Leasing Represented by WILLIAM EDWARD CRAIG

on: 9/29/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/21/20

Timothy B. McGrath
Clerk of Court

38 − 31
Form 167