## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:<br>Leonard S. Bergman<br>Michele J. Bergman<br>           Debtors | Case No.:20-12276-MDC<br>Chapter 13 |

### CERTIFICATE OF SERVICE

I, Robert N. Kim, Esquire, attorney for debtors, Leonard S. Bergman and Michele J. Bergman, certify that on September 29, 2020, I served by electronic submission a true and correct copy of the Debtor's First Amended Plan and Amended Schedule I and Amended Schedule J to:

Chapter 13 Trustee:

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Debtors:
Leonard S. Bergman
Michele J. Bergman
852 Jason Drive
Bensalem, PA 19020

U.S. Trustee:

Office of U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19107

Creditor
Rebecca Solarz, Esq.
The Bank of New York Mellon Trustee
c/o NewRez LLC
d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603-0826

Date:  9/29/2020

/s/ Robert N. Kim
Robert N. Kim, Esquire
Attorney ID #323856
Attorney for Debtor