IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LEONARD S. BERGMAN ) | |
| MICHELE J. BERGMAN ) | |
| **Debtor** ) | CHAPTER 13 |
| ) | |
| ACAR LEASING LTD ) | Case No.: 20-12276 (MDC) |
| d/b/a GM FINANCIAL LEASING ) | |
| **Moving Party** ) | **Hearing Date:  9-28-20 at 10:30 AM** |
| ) | |
| v.   ) | 11 U.S.C. 362 |
| ) | |
| LEONARD S. BERGMAN ) | |
| MICHELE J. BERGMAN ) | |
| **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2017 Chevrolet Trax** bearing vehicle identification number 3GNCJLSB7HL247760 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  September 30, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE