**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In RE:                                          Case No.:20-12276-MDC
                                                Chapter 13

Leonard S. Bergman
Michele J. Bergman

                Debtors                         Hearing Date: 12/1/2020
                                                Hearing Time: 10:30 A.M.
                                                Place of Hearing
                                                U.S. Bankruptcy Court
                                                Courtroom #2
                                                900 Market Street
                                                Philadelphia, PA 19107

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Leonard S. Bergman and Michele J. Bergman, by and through counsel, Robert N. Kim, Esquire and Legal Aid of Southeastern Pennsylvania, has filed with the court a Motion to Avoid Judicial Lien.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

        1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **November 15, 2020** you or your attorney must do all of the following:

                (a) File an answer explaining your position at

                        Clerk, U.S. Bankruptcy Court
                        900 Market Street, Ste 400
                        Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Robert N. Kim, Esquire
LEGAL AID OF SOUTHEASTERN PA
1290 Veteran's Highway, Box 809
Bristol, PA  19007
Phone:  215-781-1111 ext 207
Fax:    215-781-1116
Email: rkim@lasp.org

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

**3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on <u>December 1, 2020 @ 10:30 A.M., in Courtroom #2</u>, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   10/28/2020          /s/ Robert N. Kim
                       Robert N. Kim, Esquire
                       Attorney ID #323856
                       Attorney for Debtor
                       Legal Aid of Southeastern PA
                       1290 Veterans Hwy., Box 809
                       Bristol, PA 19007
                       (215) 781-1111 / (215) 781-1116 fax
                       rkim@lasp.org