**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>Leonard S. Bergman<br>Michele J. Bergman<br><br>                Debtors | Case No.:20-12276-MDC<br>Chapter 13 |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.


Date:  12/1/2020           /s/ Robert N. Kim
                                              Robert N. Kim, Esquire
                                              Attorney ID #323856
                                              Attorney for Debtors
                                              Legal Aid of Southeastern PA
                                              1290 Veterans Hwy., Box 809
                                              Bristol, PA 19007
                                              (215) 781-1111 / (215) 781-1116 fax
                                              rkim@lasp.org