**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>Michele J. Bergman<br>Leonard S. Bergman<br>　　　　　Debtors | Case No.:20-12276-MDC<br>Chapter 13 |

## Order Avoiding Lien

AND NOW, this __1st__ day of __December__, 2020, upon the Debtors' motion to avoid and cancel a judicial lien which impairs an exemption of the Debtors,

It is hereby ORDERED AND DECREED that the judicial lien held by Seaview Beach Condominium Association Inc., in and on Debtors' residential real estate at 852 Jason Drive, Bensalem, PA 19020, entered of record at Bucks County Court of Common Pleas Docket number 2016-06350 be and hereby is canceled.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge