United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12276-mdc |
| Leonard S. Bergman | Chapter 13 |
| Michele J. Bergman | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard S. Bergman, Michele J. Bergman, 852 Jason Drive, Bensalem, PA 19020-4074 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 bkgroup@kmllawgroup.com |
| ROBERT NAM SU KIM | on behalf of Joint Debtor Michele J. Bergman rkim@lasp.org |
| ROBERT NAM SU KIM | on behalf of Debtor Leonard S. Bergman rkim@lasp.org |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2      User: Adminstra      Page 2 of 2
Date Rcvd: Dec 02, 2020      Form ID: pdf900      Total Noticed: 1

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In RE:<br>Michele J. Bergman<br>Leonard S. Bergman<br>　　　　　　Debtors | Case No.:20-12276-MDC<br>Chapter 13 |
|---|---|

## Order Avoiding Lien

AND NOW, this __1st__ day of __December__, 2020, upon the Debtors' motion to avoid and cancel a judicial lien which impairs an exemption of the Debtors,

It is hereby ORDERED AND DECREED that the judicial lien held by Seaview Beach Condominium Association Inc., in and on Debtors' residential real estate at 852 Jason Drive, Bensalem, PA 19020, entered of record at Bucks County Court of Common Pleas Docket number 2016-06350 be and hereby is canceled.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge