United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-12276-mdc |
|---|---|
| Leonard S. Bergman | Chapter 13 |
| Michele J. Bergman | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard S. Bergman, Michele J. Bergman, 852 Jason Drive, Bensalem, PA 19020-4074 |
| 14533456 | + | ACAR Leasing LTD, d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, Texas 76014-4101 |
| 14503766 | + | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14518130 | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14533498 | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14513115 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14502168 | | GB Collects LLC, 12530Haddonfield Berlin Rd, Voorhees, NJ 08043 |
| 14502170 | + | GM Financial Leasing, PO Box 183834, Arlington, TX 76096-3834 |
| 14502171 | + | Hayt, Hayt & Landau, Two Industrial Highway, West, Eatontown, NJ 07724-2279 |
| 14502173 | | Mercury Card/FBB&T, 700 22nd Ave, South, Brookings, SD 57006 |
| 14512168 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14502175 | + | Property Management Consultants, 15 North Shore Road, Marmora, NJ 08223-1426 |
| 14502176 | + | Radius Global Solutions, 9550 Regency Square Blvd, Ste 500A, Jacksonville, FL 32225-8116 |
| 14502177 | + | SEAVIEW BEACH CONDOMINIUM ASSOC INC, PROPERTY MANAGEMENT CONSULTANTS, 15 NORTH SHORE ROAD, Marmora, NJ 08223-1426 |
| 14555688 | + | SEAVIEW BEACH CONDOMINIUM ASSOCIATION INC., PROPERTY MANAGEMENT CONSULTANTS, 15 NORTH SHORE ROAD, MARMORA, NJ 08223-1426 |
| 14502178 | + | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14505684 | + | The Bank of New York Mellon, FKA The Bank of New York, ET AL, C/O KML Law Group, 701 Market St. Suite 5000, Phila., PA. 19106-1541 |
| 14505840 | + | The Bank of New York Mellon, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14515914 | | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14512058 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:14:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14502166 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 04 2020 04:14:42 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 14505707 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 04 2020 04:18:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14502167 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 04 2020 04:16:30 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14510100 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 04 2020 05:07:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14502169 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 04 2020 05:07:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |

Case 20-12276-mdc   Doc 65   Filed 12/05/20   Entered 12/06/20 00:43:58   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 27 |

| 14502172 | + Email/Text: PBNCNotifications@peritusservices.com | | |
|---|---|---|---|
| | | Dec 04 2020 05:06:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14502174 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 04 2020 05:07:00 | Midland Credit Management Inc, P.O. Box 939069, San Diego, CA 92193-9069 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14518246 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 bkgroup@kmllawgroup.com |
| ROBERT NAM SU KIM | on behalf of Joint Debtor Michele J. Bergman rkim@lasp.org |
| ROBERT NAM SU KIM | on behalf of Debtor Leonard S. Bergman rkim@lasp.org |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Leonard S. Bergman and Michele J. Bergman

    Debtor(s)

Chapter: 13
Bankruptcy No: 20−12276−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 3rd day of December, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

62 − 10, 41
Form 155