**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Leonard S. Bergman and Michele J. Bergman<br>            Debtors<br><br>Finance of America Reverse LLC, or its Successor or Assignee<br>            Movant<br>                    vs.<br>WILLIAM C. MILLER, Esq., Trustee<br>Leonard S. Bergman and Michele J. Bergman<br>            Respondents | Chapter 13<br>Bankruptcy No. 20-12276-mdc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Finance of America Reverse LLC or its Successor or Assignee, has filed a Motion for Relief From the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 6008 Riverfront Drive, Palmyra, New Jersey 08065.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

   1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 3, 2021 you or your attorney must do all of the following:

          (a)    file an answer explaining your position at

                 United States Bankruptcy Court
                 For the Eastern District of Pennsylvania
                 900 Market Street
                 Suite 400
                 Philadelphia, Pennsylvania 19107

   If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

          (b)    mail a copy to the Movant's attorney:

                 Lauren M. Moyer, Esquire
                 McCabe, Weisberg & Conway, LLC
                 123 S. Broad Street, Suite 1400
                 Philadelphia, PA 19109
                 Phone: 215-790-1010
                 Fax: 215-790-1274

   2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman

on September 14, 2021 at 10:30 a.m. in United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

       4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.      You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: August 20, 2021