**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Leonard S. Bergman and Michele J. Bergman<br>　　　　　Debtors<br><br>Finance of America Reverse LLC, or its Successor or Assignee<br>　　　　　Movant<br>　　　　vs.<br>WILLIAM C. MILLER, Esq., Trustee<br>Leonard S. Bergman and Michele J. Bergman<br>　　　　　Respondents | Chapter 13<br>Bankruptcy No. 20-12276-mdc |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

　　　　I, Lauren M. Moyer, attorney for Finance of America Reverse LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: August 20, 2021

| | | |
|---|---|---|
| Leonard S. Bergman<br>852 Jason Drive<br>Bensalem, PA 19020<br><br>Michele J. Bergman<br>852 Jason Drive<br>Bensalem, PA19020 | ROBERT NAM SU KIM<br>Legal Aid of Southeastern PA<br>1290 Veterans Highway<br>Box 809<br>Bristol, PA 19007 | WILLIAM C. MILLER, Esq.<br>Office of the Chapter 13 Standing Trustee<br>P.O. Box 40837<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　　/s/ Lauren M. Moyer, Esquire
　　　　　　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　　　　　　MARISA MYERS COHEN, ESQUIRE ID #87830
　　　　　　　　　　　　　LAUREN M. MOYER, ESQUIRE ID # 320589
　　　　　　　　　　　　　JAMES FRENCH, ESQUIRE ID # 319597
　　　　　　　　　　　　　Attorney for Finance of America Reverse LLC
　　　　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　　　　　　Email: ecfmail@mwc-law.com