**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Leonard S. Bergman and Michele J. Bergman<br>           Debtors<br><br>Finance of America Reverse LLC, or its Successor or Assignee<br>           Movant<br>                          vs.<br>WILLIAM C. MILLER, Esq., Trustee<br>Leonard S. Bergman and Michele J. Bergman<br>           Respondents | Chapter 13<br>Bankruptcy No. 20-12276-mdc |

## ORDER

AND NOW, this  14th  day of    September    2021, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Finance of America Reverse LLC, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 6008 Riverfront Drive, Palmyra, New Jersey 08065.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc.:

WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

Lauren M. Moyer, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

ROBERT NAM SU KIM
Legal Aid of Southeastern PA
1290 Veterans Highway
Box 809
Bristol, PA 19007

Leonard S. Bergman
852 Jason Drive
Bensalem, PA 19020

Michele J. Bergman
852 Jason Drive
Bensalem, PA 19020

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106