United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12276-mdc |
| Leonard S. Bergman | Chapter 13 |
| Michele J. Bergman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard S. Bergman, Michele J. Bergman, 852 Jason Drive, Bensalem, PA 19020-4074 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

**Name**              **Email Address**

LAUREN MOYER
    on behalf of Creditor Finance of America Reverse LLC ecfmail@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor Finance of America Reverse LLC ecfmail@mwc-law.com  mcohen@mwc-law.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 bkgroup@kmllawgroup.com

ROBERT NAM SU KIM
    on behalf of Joint Debtor Michele J. Bergman rkim@lasp.org

ROBERT NAM SU KIM
    on behalf of Debtor Leonard S. Bergman rkim@lasp.org

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com    philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing ecfmail@mortoncraig.com    mortoncraigecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Leonard S. Bergman and Michele J. Bergman<br>                        Debtors<br><br>Finance of America Reverse LLC, or its Successor or Assignee<br>                        Movant<br>            vs.<br>WILLIAM C. MILLER, Esq., Trustee<br>Leonard S. Bergman and Michele J. Bergman<br>                        Respondents | Chapter 13<br>Bankruptcy No. 20-12276-mdc |

## ORDER

AND NOW, this **14th** day of **September** 2021, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Finance of America Reverse LLC, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 6008 Riverfront Drive, Palmyra, New Jersey 08065.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc.:
WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

Lauren M. Moyer, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

ROBERT NAM SU KIM
Legal Aid of Southeastern PA
1290 Veterans Highway
Box 809
Bristol, PA 19007

Leonard S. Bergman
852 Jason Drive
Bensalem, PA 19020

Michele J. Bergman
852 Jason Drive
Bensalem, PA 19020

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106