**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Leonard S. Bergman                               CHAPTER 13
        Michele S. Bergman
                  Debtor(s)                            BKY. NO. 20-12276 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 and index same on the master mailing list.

                                                           Respectfully submitted,

                                           /s/ **Rebecca Solarz**
                                           Rebecca Solarz
                                           29 Nov 2021, 12:40:35, EST

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322