ROBERT KIM, ESQUIRE (323856)
LEGAL AID OF SOUTHEASTERN PA
1290 VETERANS HWY., BOX 809
BRISTOL, PA 19007
PHONE: (215) 781-1111
FAX (215) 781-1116
(COUNSEL FOR DEBTOR)

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>Michele J. Bergman<br>Leonard S. Bergman<br><br>Debtors<br><br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11<br><br>Movant | Case No.:20-12276-MDC<br>Chapter 13<br><br>Hearing Date: 2/15/2021<br>Hearing Time: 10:30 A.M. |

**CERTIFICATE OF SERVICE**

I, Robert N. Kim, Esquire, attorney for Debtor(s), Michele J. Bergman and Leonard S. Bergman, do hereby certify that a true and correct copy of Debtor's Response to motion for relief from the automatic stay, in the above-referenced bankruptcy filing have been served this 3rd day of February, 2022, by first class mail, postage prepaid, or by electronic submission, upon those listed below:

Debtors:
Leonard Bergman
Michele Bergman
852 Jason Drive
Bensalem, PA  19020

| | |
|---|---|
| Creditors:<br>Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Office of U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia PA 19107<br><br>Kenneth E. West<br>Chapter 13 Standing Trustee<br>P.O. Box 40837<br>Philadelphia, PA 19107 |

Dated: 02/03/2022        _/S/ ROBERT N. KIM_____
                         Robert N. Kim, Esquire, #323856