UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:<br>Leonard S. Bergman<br>Michele J. Bergman<br>　　　　　　Debtors | Case No.: 20-12276- MDC<br>Chapter 13 |
| Kenneth E. West, Esq.<br>Chapter 13 Trustee<br>　　　　　　Movant | Hearing Date: 12/14/2023<br>Hearing Time: 09:30 A.M. |

**DEBTOR'S RESPONSE TO TRUSTEE MOTION TO DISMISS**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern of Pennsylvania:

The Debtors in this matter, Leonard S. Bergman and Michele J. Bergman, by counsel, responds to the Trustee's Motion to Dismiss as follows:

1. Trustee's Motion is admitted in part and denied in part. It is admitted said payments have not been in strict compliance with 11 U.S.C. § 1326.

2. Debtor did temporarily miss some payments. Debtor resumed payments and will continue to make them.

3. Debtor will then submit regular plan payments as they become due.

WHEREFORE, Debtor prays that the Trustee's motion be dismissed.

Date:　11/27/2023　　　　　　　　　　　　/s/ Robert N. Kim
　　　　　　　　　　　　　　　　　　　　Robert N. Kim, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney ID #323856
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　　Legal Aid of Southeastern PA
　　　　　　　　　　　　　　　　　　　　1230 Veterans Hwy., Box 809
　　　　　　　　　　　　　　　　　　　　Bristol, PA 19007
　　　　　　　　　　　　　　　　　　　　(215) 781-1111 / (215) 781-1116 fax
　　　　　　　　　　　　　　　　　　　　rkim@lasp.org