**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>Leonard S. Bergman<br>Michele J. Bergman<br>　　　　　Debtors | Case No.:20-12276-MDC<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Robert N. Kim, Esquire, attorney for debtors, Leonard S. Bergman and Michele J. Bergman, certify that on November 27, 2023, I served by electronic submission a true and correct copy of the Debtor's Response to Trustee Motion to Dismiss to:

Chapter 13 Trustee:

Kenneth E. West, Esq.
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

U.S. Trustee:

Office of U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19107

Debtors:
Leonard S. Bergman
Michele J. Bergman
852 Jason Drive
Bensalem, PA 19020


Date:　11/27/2023　　　　　　　　　　　　　/s/ Robert N. Kim　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Robert N. Kim, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney ID #323856
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor