**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>Leonard S. Bergman<br>Michele J. Bergman<br>　　　　　Debtors | Case No.:20-12276-AMC<br>Chapter 13 |
| Kenneth West, Esq.<br>Chapter 13 Trustee<br>　　　　　Movant | Hearing Date:01/114/2025<br>Hearing Time: 09:30 A.M. |

**CERTIFICATE OF SERVICE**

I, Robert N. Kim, Esquire, attorney for debtor, Leonard Bergman and Michele Bergman, certify that on November 18, 2024, I served, electronically a true and correct copy of the Debtor's Response Trustee's Motion to Dismiss to:

William C. Miller, Esquire
P.O. Box 40837
Philadelphia, PA 19107

Office of U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

DEBTORS
Tambera L. Maribello
Michele Bergman
852 Jason Dr
Bensalem, PA 19020

Date:　11/18/2014

/s/ Robert N. Kim
Robert N. Kim, Esquire
Attorney ID #323856
Attorney for Debtor
Legal Aid of Southeastern PA
1290 Veterans Hwy., Box 809
Bristol, PA 19007
(215) 781-1111 / (215) 781-1116 fax
rkim@lasp.org