Certificate Number: 02921-PAE-DE-039633134

Bankruptcy Case Number: 20-12276



02921-PAE-DE-039633134

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2025, at 3:51 o'clock PM EDT, Michele Bergman completed a course on personal financial management given by telephone by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 6, 2025

By: /s/Cheron Walthour

Name: Cheron Walthour

Title: Counselor