Certificate Number: 02921-PAE-DE-039633161

Bankruptcy Case Number: 20-12276



02921-PAE-DE-039633161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 6, 2025</u>, at <u>3:54</u> o'clock <u>PM EDT</u>, <u>Leonard Bergman</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 6, 2025</u>          By:     <u>/s/Cheron Walthour</u>

                                 Name:   <u>Cheron Walthour</u>

                                 Title:  <u>Counselor</u>