United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12276-djb
Leonard S. Bergman  Chapter 13
Michele J. Bergman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 26, 2025     Form ID: 138OBJ     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard S. Bergman, Michele J. Bergman, 852 Jason Drive, Bensalem, PA 19020-4074 |
| 14533498 | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14628573 | + | Finance of America Reverse LLC, c/o MARISA MYERS COHEN, 123 S Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14628455 | + | Finance of America Reverse LLC, c/o, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14502168 | | GB Collects LLC, 12530Haddonfield Berlin Rd, Voorhees, NJ 08043 |
| 14502175 | + | Property Management Consultants, 15 North Shore Road, Marmora, NJ 08223-1452 |
| 14502177 | + | SEAVIEW BEACH CONDOMINIUM ASSOC INC, PROPERTY MANAGEMENT CONSULTANTS, 15 NORTH SHORE ROAD, Marmora, NJ 08223-1452 |
| 14555688 | + | SEAVIEW BEACH CONDOMINIUM ASSOCIATION INC., PROPERTY MANAGEMENT CONSULTANTS, 15 NORTH SHORE ROAD, MARMORA, NJ 08223-1452 |
| 14505840 | + | The Bank of New York Mellon, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 27 2025 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14533456 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2025 00:37:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, Texas 76014-4101 |
| 14503766 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2025 00:37:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14518130 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2025 00:37:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14512058 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:42:54 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14502166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:40 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 14505707 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2025 00:42:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14502167 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:25 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14513115 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:57:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14510100 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:37:00 | First Financial Investment Fund Holdings, Llc, |

Case 20-12276-djb   Doc 115   Filed 06/28/25   Entered 06/29/25 00:41:04   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14502169 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 27 2025 00:37:00 | | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14502170 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 27 2025 00:37:00 | | GM Financial Leasing, PO Box 183834, Arlington, TX 76096-3834 |
| 14502171 | ^ | MEBN Jun 27 2025 00:29:30 | | Hayt, Hayt & Landau, Two Industrial Highway, West, Eatontown, NJ 07724-2279 |
| 14502172 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Jun 27 2025 00:44:47 | | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14502173 | + | Email/Text: Mercury@ebn.phinsolutions.com Jun 27 2025 00:37:00 | | Mercury Card/FBB&T, 700 22nd Ave, South, Brookings, SD 57006-2822 |
| 14502174 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 27 2025 00:37:00 | | Midland Credit Management Inc, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14512168 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 27 2025 00:37:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14732258 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2025 00:37:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14502176 | + | Email/Text: ngisupport@radiusgs.com Jun 27 2025 00:37:00 | | Radius Global Solutions, 9550 Regency Square Blvd, Ste 500A, Jacksonville, FL 32225-8116 |
| 14502178 | + | Email/Text: mtgbk@shellpointmtg.com Jun 27 2025 00:37:00 | | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14505684 | ^ | MEBN Jun 27 2025 00:29:24 | | The Bank of New York Mellon, FKA The Bank of New York, ET AL, C/O KML Law Group, 701 Market St. Suite 5000, Phila., PA. 19106-1541 |
| 14652481 | ^ | MEBN Jun 27 2025 00:29:24 | | The Bank of New York Mellon, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14515914 | | Email/Text: mtgbk@shellpointmtg.com Jun 27 2025 00:37:00 | | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14518246 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14652715 | *+ | The Bank of New York Mellon, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 26, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor Finance of America Reverse LLC ecfmail@mwc-law.com  mcohen@mwc-law.com |
| ROBERT NAM SU KIM | on behalf of Joint Debtor Michele J. Bergman rkim@lasp.org |
| ROBERT NAM SU KIM | on behalf of Debtor Leonard S. Bergman rkim@lasp.org |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 112 − 107

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   ) | | |
|   Leonard S. Bergman   ) | | Case No. 20−12276−djb |
| ) | | |
| ) | | |
|   Michele J. Bergman   ) | | Chapter: 13 |
| ) | | |
|   Debtor(s).   ) | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 26, 2025

For The Court

Timothy B. McGrath
Clerk of Court